## Maggi et ux., Appellants, *v.* Flynn.

Argued November 18, 1970. Before BELL, C. J., JONES, EAGEN, O'BRIEN and POMEROY, JJ.

*Martin Meyer,* with him *Mack and Meyer,* for appellants.

*B. Todd Maguire,* with him *James P. Harris, Jr.,* for appellees.

OPINION PER CURIAM, January 7, 1971:

The appeal is quashed as interlocutory for the reasons enunciated in *Stadler v. Mt. Oliver Borough,* 373 Pa. 316, 95 A. 2d 776 (1953).

Mr. Justice COHEN and Mr. Justice ROBERTS took no part in consideration or decision of this case.